No. 79–6367. BROOKS *v.* WYRICK, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 79–6377. GRACEY *v.* MILLER. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 79–6436. RAY *v.* SOWDERS, REFORMATORY SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 79–6461. SULLIVAN *v.* FORD ET AL. C. A. 5th Cir. Certiorari denied.

No. 79–6468. KING *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 79–6483. PAYTON *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 79–6486. VENABLE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 79–6495. MELTON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–6498. SANDERS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–6501. LABINIA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–6503. FERA *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 79–6505. HAYWARD *v.* DAY. C. A. 8th Cir. Certiorari denied.

No. 79–1317. HUNT *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied. MR. JUSTICE BRENNAN, MR. JUSTICE STEWART, and MR. JUSTICE MARSHALL would grant certiorari and reverse the conviction.